CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 08 2014

JULIA C. DUDLEY, CLERK
BY:
     DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA,

                Plaintiff,

v.

RALPH LEON JACKSON,

                Defendant.

Case Number: 5:10-cr-00026

## ORDER GRANTING *PRO HAC VICE* ADMISSION

On this the 8th day of May, 2014, came the defendant, by counsel, and submitted a Motion for the *Pro Hac Vice* Admission of Robert L. Littlehale, William Blaise Warren, Sarah H. Burghart, Molissa Farber, and Sean D. Jansen. Upon consideration of the motion and for good cause shown, it is hereby:

ORDERED that said Motion is GRANTED and that Robert L. Littlehale, William Blaise Warren, Sarah H. Burghart, Molissa Farber, and Sean D. Jansen are admitted for the conduct of the above captioned action.

ENTER: This 8th day of May, 2014.

                                                                                       
United States District Judge