CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 03 2014

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

| | |
|---|---|
| RALPH LEON JACKSON, | Criminal No. 5:10cr00026 |
| Petitioner, | |
| v. | **FINAL ORDER** |
| UNITED STATES OF AMERICA, | By: Samuel G. Wilson |
| | United States District Judge |
| Respondent. | |

In accordance with the memorandum opinion entered on this day, it is hereby **ORDERED** and **ADJUDGED** that Jackson's 28 U.S.C. § 2255 motion to vacate (ECF No. 54) is **DENIED**. The case is hereby **DISMISSED** and **STRICKEN** from the court's active docket. The court denies all outstanding motions as moot. Further, finding that Jackson has failed to make the requisite substantial showing of the denial of a constitutional right, as required by 28 U.S.C. § 2253(c), a certificate of appealability is **DENIED**.

The Clerk is directed to send a copy of this order and the accompanying memorandum opinion to the parties.

**ENTER:** June 3, 2014.

_____
UNITED STATES DISTRICT JUDGE